UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ARTHUR L. SKAAR, JR., ESQ.
Attorney for Debtor
AS4877
425 Amwell Road, Suite 4
PO Box 5878
Hillsborough, NJ 08844-5878
(908) 281-9887

**Order Filed on February 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

LUZ ADRAINA ALVAREZ

Case No.: 17-19450

Chapter: 13

Judge: Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Arthur L. Skaar, Jr., Esq._____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____500.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for ____n/a____ months to allow for payment of the above fee.

*rev.8/1/15*