Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–19450–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz Adriana Alvarez
   18 Garden Hills Dr
   Somerset, NJ 08873–5337

Social Security No.:
   xxx–xx–0645

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      8/4/20
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton PC, Debtor's Attorney

COMMISSION OR FEES
Fees: $2,960.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 6, 2020
JAN:

                                                      Jeanne Naughton
                                                      Clerk

Case 17-19450-MBK    Doc 52    Filed 07/08/20    Entered 07/09/20 00:23:37    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19450-MBK
Luz Adriana Alvarez                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Jul 06, 2020
                            Form ID: 137             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
```
db              Luz Adriana Alvarez,    18 Garden Hills Dr,    Somerset, NJ   08873-5337
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516814383       Bank of America,    Attn: Milstead & Assoc,    1 E Stow Rd,    Marlton, NJ   08053-3118
517028199       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516814384       Barclays Bank Delaware,    100 S West St,    Wilmington, DE   19801-5015
516814385       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE   19899-8803
517081156       CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516814393       Gastroenterology Consultants,    205 May St Ste 201,    Edison, NJ   08837-3267
518864668      +Goldman Sachs Mortgage Company,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
518864669      +Goldman Sachs Mortgage Company,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                 Salt Lake City, UT 84165-0250,    Goldman Sachs Mortgage Company,
                 Serviced by Select Portfolio Servicing,
516814394       Highland Park Medical Assocs,    579A Cranbury Rd Ste 102,    East Brunswick, NJ   08816-5426
516814395      +L C Quality Dental,    2000 State Route 27,    North Brunswick, NJ 08902-1384
518585917      +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
518585918      +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84115,    MEB Loan Trust IV,    84119-3284
516814399       Scott Alvarez,    18 Garden Hills Dr,    Somerset, NJ   08873-5337
516831717      +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 00:32:48     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 00:32:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516814388       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:37:15
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA   23238-1119
516814386       E-mail/Text: bankruptcy@usecapital.com Jul 07 2020 00:33:45     Capital Accounts,
                 PO Box 140065,    Nashville, TN  37214-0065
516814387       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:37:15     Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
516814389       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 07 2020 00:37:40     Cardworks/CW Nexus,
                 Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY  11804-9001
516814391       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:26     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH  43218-2125
516814392       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 07 2020 00:32:26     Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH  43213-1301
516814390       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 07 2020 00:37:50     Chase Bank,
                 PO Box 183166,    Columbus, OH  43218-3166
517057380       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 07 2020 00:38:33
                 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203
516939574       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 07 2020 00:38:19     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516814396       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 07 2020 00:37:41     Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY  11804-9001
516814397       E-mail/PDF: bankruptcy@ncfsi.com Jul 07 2020 00:38:44     New Century Financial,
                 110 S Jefferson Rd Ste 104,    Whippany, NJ  07981-1038
517087498       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 00:37:58
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517079879       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 00:37:58
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516814398       E-mail/Text: bankruptcy@savit.com Jul 07 2020 00:33:33     Sa-Vit Collection Agen,
                 46 W Ferris St,    East Brunswick, NJ  08816-2159
516814400       E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:08     Syncb/steinmart Pllc,
                 PO Box 965005,    Orlando, FL  32896-5005
516814401       E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:06     Synchrony Bank,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
516814402       E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:06     Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
516817498      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 00:37:06     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516814403       E-mail/Text: vci.bkcy@vwcredit.com Jul 07 2020 00:32:56     VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL  60048-4460
                                                                                               TOTAL: 21
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jul 06, 2020
                              Form ID: 137             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Allen I Gorski     on behalf of Debtor Luz Adriana Alvarez agorski@gorskiknowlton.com
              Andrew M. Lubin     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for MEB
               LOAN TRUST IV bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Andrew M. Lubin     on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon     on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               shay@bbs-law.com,    jpshay@gmail.com
              Nicholas V. Rogers     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              R. A. Lebron     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for MEB LOAN
               TRUST IV bankruptcy@feinsuch.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```