UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID: AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No. 213601-8
Attorneys for Movant: Select Portfolio Servicing, Inc.
as servicing agent for MEB Loan Trust IV

Order Filed on July 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Luz Adriana Alvarez

Case No.: 17-19450-MBK
Chapter 13

Hearing Date: June 16, 2020
Time: 2:00 p.m.

Judge: Michael B. Kaplan

## ORDER REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
**ORDERED.**

**DATED: July 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Milstead & Associates, LLC, Attorneys for the Secured Creditor,

MEB Loan Trust IV ("Mortgagee"), under Bankruptcy Code section 362(d) for relief from the

Automatic Stay as to certain real property as set forth in the motion papers, and the parties

having been represented by their respective counsel, Allen I. Gorski, for the Debtor, and the

Court having heard the argument of counsel and for good cause shown, it is ORDERED as

follows:

1.    The automatic stay as provided for by 11 U.S.C. §362 shall remain in full force

and effect conditioned upon the terms and conditions set forth herein.

2.    Mortgagee is the holder of a mortgage which is a lien on real property owned by

Debtor known as and located at 18 Garden Hills Drive, Somerset, NJ 08873 (the "Property").

3.    The parties certify that a post-petition delinquency is to be cured pursuant to the

terms of this Order, said delinquency consisting of the following:

| 37 Payments: 5/26/17 – 5/26/20 @ $1,112.39 | $41,158.43 |
|---|---|
| Suspense Balance | ($0.00) |
| **Total Post-Petition Arrears** | **$41,158.43** |

4.    Commencing on June 26, 2020, Debtor shall resume making regular monthly

mortgage payments currently in the amount of $1,112.39.

5.    Debtor shall pay $20,000.00 to Mortgagee. Mortgagee acknowledges receipt of

the Debtor's payment of $20,000.00. The payment reduces the balance of the post-petition

arrears to the amount of $21,158.43.

6.    The balance of the post-petition arrears in the amount of $21,158.43 shall be paid

through the Debtor's Chapter 13 Plan. Debtor shall file a modified plan and amended schedules I

& J be filed within 20 days of the entry of this Order. The Trustee's Office shall recapitalize the Debtor's Chapter 13 Plan per this Order.

7.      All payments should be mailed to Select Portfolio Servicing, Inc., Attn: Remittance Processing, PO Box 65450, Salt Lake City, UT 84165-0450.  Debtor shall reference the loan number on any and all payments made pursuant hereto.

8.      Should Debtor's regular monthly payment amount change, Debtor shall be notified of such change by Mortgagee, and the monthly payment amount due under the terms of this Order shall change accordingly.

9.      In the event that Debtor is in default pursuant to the terms and conditions of this Order for a period of thirty (30) days, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Order.  If the default is not cured within ten days of the date of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating any such payment(s) more than thirty (30) days in default.  In the event that a notice of default is forwarded, it is agreed that Secured Creditor may file a Certification of Default absent a full cure.

10.     A copy of any Certification of Default and the proposed order must be served upon the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court.  A certificate of service shall be filed by counsel for Mortgagee evidencing same.