Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–19450–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Luz Adriana Alvarez
  18 Garden Hills Dr
  Somerset, NJ 08873–5337

Social Security No.:
  xxx–xx–0645

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 4, 2018.

On 8/6/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: September 15, 2020
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 7, 2020
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Luz Adriana Alvarez  
    Debtor

Case No. 17-19450-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Aug 07, 2020  
                Form ID: 185    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2020.

```
db               Luz Adriana Alvarez,    18 Garden Hills Dr,    Somerset, NJ   08873-5337
cr              +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516814383        Bank of America,    Attn: Milstead & Assoc,    1 E Stow Rd,    Marlton, NJ   08053-3118
517028199        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516814384        Barclays Bank Delaware,    100 S West St,    Wilmington, DE   19801-5015
516814385        Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE   19899-8803
517081156        CACH, LLC its successors and assigns as assignee,    of Capital One, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516814393        Gastroenterology Consultants,    205 May St Ste 201,    Edison, NJ   08837-3267
518864668       +Goldman Sachs Mortgage Company,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
518864669       +Goldman Sachs Mortgage Company,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                 Salt Lake City, UT 84165-0250,    Goldman Sachs Mortgage Company,
                 Serviced by Select Portfolio Servicing,
516814394        Highland Park Medical Assocs,    579A Cranbury Rd Ste 102,    East Brunswick, NJ   08816-5426
516814395       +L C Quality Dental,    2000 State Route 27,    North Brunswick, NJ 08902-1384
518585917       +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
518585918       +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84115,    MEB Loan Trust IV,    84119-3284
516814399        Scott Alvarez,    18 Garden Hills Dr,    Somerset, NJ   08873-5337
516831717       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2020 01:19:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2020 01:19:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516814388        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2020 01:14:15
                 Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA   23238-1119
516814386        E-mail/Text: bankruptcy@usecapital.com Aug 08 2020 01:20:24      Capital Accounts,
                 PO Box 140065,    Nashville, TN   37214-0065
516814387        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2020 01:12:09      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT   84130-0285
516814389        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 08 2020 01:14:00      Cardworks/CW Nexus,
                 Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY   11804-9001
516814391        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:18:57      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    PO Box 182125,    Columbus, OH   43218-2125
516814392        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 08 2020 01:18:57      Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH   43213-1301
516814390        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 08 2020 01:14:12      Chase Bank,
                 PO Box 183166,    Columbus, OH   43218-3166
517057380        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 08 2020 01:13:07
                 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    Attn: Correspondence Mail,    Mail Code LA4-5555,
                 700 Kansas Lane,    Monroe, LA 71203
516939574        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 08 2020 01:14:02      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516814396        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 08 2020 01:12:02      Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY   11804-9001
516814397        E-mail/PDF: bankruptcy@ncfsi.com Aug 08 2020 01:14:22      New Century Financial,
                 110 S Jefferson Rd Ste 104,    Whippany, NJ   07981-1038
517087498        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2020 01:12:13
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517079879        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2020 01:13:14
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516814398        E-mail/Text: bankruptcy@savit.com Aug 08 2020 01:20:11      Sa-Vit Collection Agen,
                 46 W Ferris St,    East Brunswick, NJ   08816-2159
516814400        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:14:06      Syncb/steinmart Pllc,
                 PO Box 965005,    Orlando, FL   32896-5005
516814401        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:12:05      Synchrony Bank,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL   32896-5060
516814402        E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:14:06      Synchrony Bank,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL   32896-5060
516817498       +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2020 01:12:59      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516814403        E-mail/Text: vci.bkcy@vwcredit.com Aug 08 2020 01:19:32      VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL   60048-4460
                                                                                              TOTAL: 21
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 07, 2020
                              Form ID: 185             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2020 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Allen I Gorski    on behalf of Debtor Luz Adriana Alvarez agorski@gorskiknowlton.com
              Andrew M. Lubin    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for MEB
               LOAN TRUST IV bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor   Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor   VW Credit, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James Patrick Shay    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               shay@bbs-law.com,  jpshay@gmail.com
              Nicholas V. Rogers    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for MEB LOAN
               TRUST IV bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9
```