UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  agorski@gorskiknowlton.com
Attorneys for Debtor

Order Filed on August 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LUZ ADRIANA ALVAREZ

Case No.:     17-19450

Chapter:     13

Judge:     Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Gorski & Knowlton PC_____, the applicant, is allowed a fee of $ _____2,960.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____2,960.00_____ . The allowance is payable:

☒ $2,560.00 through the Chapter 13 plan as an administrative priority.

☒ $400.00 outside the plan from Gorski & Knowlton trust account.

The debtor's monthly plan is modified to require a payment of $____2,235.00____ per month for __22_____ months to allow for payment of the above fee.

*rev.8/1/15*