UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Allen I. Gorski, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609)964-4000
Fax:  (609)585-2553
Email:  agorski@gorskiknowlton.com
Attorneys for Debtor

Order Filed on August 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

LUZ ADRIANA ALVAREZ

Case No.:     17-19450

Chapter:     13

Judge:     Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Gorski & Knowlton PC_____, the applicant, is allowed a fee of $ ___2,960.00___ for services rendered and expenses in the amount of $___0___ for a total of $___2,960.00___ . The allowance is payable:

☒ $2,560.00 through the Chapter 13 plan as an administrative priority.

☒ $400.00 outside the plan from Gorski & Knowlton trust account.

The debtor's monthly plan is modified to require a payment of $___2,235.00___ per month for ___22___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Luz Adriana Alvarez  
    Debtor

Case No. 17-19450-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.  
db         Luz Adriana Alvarez,    18 Garden Hills Dr,    Somerset, NJ    08873-5337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:  
           Albert    Russo     docs@russotrustee.com  
           Allen I Gorski     on behalf of Debtor Luz Adriana Alvarez agorski@gorskiknowlton.com  
           Andrew M. Lubin     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for MEB  
            LOAN TRUST IV bkecf@milsteadlaw.com,    alubin@milsteadlaw.com  
           Andrew M. Lubin     on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,  
            alubin@milsteadlaw.com  
           Denise E. Carlon     on behalf of Creditor    VW Credit, Inc. dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           James Patrick Shay     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
            shay@bbs-law.com,    jpshay@gmail.com  
           Nicholas V. Rogers     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
            nj.bkecf@fedphe.com  
           R. A. Lebron     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for MEB LOAN  
            TRUST IV bankruptcy@feinsuch.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 9