Order Filed on April 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L.** *Formed in the State of Florida* Gavin N. Stewart, Esq. *Of Counsel to Bonial & Associates, P.C.* 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for VW Credit Inc.* |
| In re: Luz Adriana Alvarez                        Debtor. |

Chapter: 13

Case No.: 17-19450-MBK

Hearing Date: April 28, 2021

Judge Michael B. Kaplan

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 27, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Luz Adriana Alvarez
Case No.: 17-19450-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by VW Credit Inc. ("Creditor"), whereas the underlying loan is current as of April 13, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2016 VW GTI S 4DR, VIN: 3VW5T7AU2GM038762** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, beginning with the May 2, 2021 payment and continuing thereon per the terms of the underlying loan.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **VW Credit, Inc., 1401 Franklin Boulevard Libertyville, IL 60048.**

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Allen I. Gorski* | */s/Gavin N. Stewart* |
| Allen I. Gorski, Esq. | Gavin N. Stewart, Esq. |
| Gorski & Knowlton PC | Stewart Legal Group, P.L. |
| 311 Whitehorse Avenue | 401 East Jackson Street, Suite A |
| Hamilton, NJ 08610 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |