| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with<br>D.N.J.LBR 9004-1<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for VW Credit Inc.* | Order Filed on April 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Luz Adriana Alvarez<br><br>                                                         Debtor. | Chapter: 13<br><br>Case No.: 17-19450-MBK<br><br>Hearing Date: April 28, 2021<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

DATED: April 27, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:           Luz Adriana Alvarez
Case No.:         17-19450-MBK
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by VW Credit Inc. ("Creditor"), whereas the underlying loan is current as of April 13, 2021, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2016 VW GTI S 4DR, VIN: 3VW5T7AU2GM038762** ("Property") provided that the Debtor complies with the following:

    a. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, beginning with the May 2, 2021 payment and continuing thereon per the terms of the underlying loan.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **VW Credit, Inc., 1401 Franklin Boulevard Libertyville, IL 60048.**

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

      5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| */s/ Allen I. Gorski* | */s/Gavin N. Stewart* |
|---|---|
| Allen I. Gorski, Esq. | Gavin N. Stewart, Esq. |
| Gorski & Knowlton PC | Stewart Legal Group, P.L. |
| 311 Whitehorse Avenue | 401 East Jackson Street, Suite A |
| Hamilton, NJ 08610 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-19450-MBK
Luz Adriana Alvarez                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                                Page 1 of 2
Date Rcvd: Apr 27, 2021                         Form ID: pdf903                            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Luz Adriana Alvarez, 18 Garden Hills Dr, Somerset, NJ 08873-5337 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021                     Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Luz Adriana Alvarez agorski@gorskiknowlton.com |
| Andrew M. Lubin | on behalf of Creditor Bank of America  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB LOAN TRUST IV bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor VW Credit  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 hkaplan@rasnj.com  informationathnk@aol.com |
| James Patrick Shay | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION shay@bbs-law.com, jpshay@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 27, 2021 | Form ID: pdf903 | Total Noticed: 1

Nicholas V. Rogers
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com

Sindi Mncina
    on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12