Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 17−19450−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz Adriana Alvarez
   18 Garden Hills Dr
   Somerset, NJ 08873−5337

Social Security No.:
   xxx−xx−0645

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/15/21 at 09:00 AM

to consider and act upon the following:

*71* − Creditor's Certification of Default (related document:44 Motion for Relief from Stay re: 18 Garden Hills Dr, Somerset, NJ 08873. Fee Amount $ 181. filed by Creditor Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV, Motion for Relief from Co−Debtor Stay of Jairo A. Alvarez) filed by R. A. Lebron on behalf of Select Portfolio Servicing, Inc., as servicer for MEB LOAN TRUST IV. Objection deadline is 05/25/2021. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Lebron, R.)

Dated: 5/24/21

>                                      Jeanne Naughton
>                                      Clerk, U.S. Bankruptcy Court