Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.: 17−19450−MBK
                                      Chapter:  13
                                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luz Adriana Alvarez
   18 Garden Hills Dr
   Somerset, NJ 08873−5337

Social Security No.:
   xxx−xx−0645

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        8/25/21
Time:       01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Gorski & Knowlton PC, Debtor's Attorney

COMMISSION OR FEES
FEES $3,180.00

EXPENSES
$44.80

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 14, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-19450-MBK
Luz Adriana Alvarez  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Jul 14, 2021  Form ID: 137  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Luz Adriana Alvarez, 18 Garden Hills Dr, Somerset, NJ 08873-5337 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Legacy Mortgage Asset Trust 2020-GS4, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | VW Credit Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 516814383 | | Bank of America, Attn: Milstead & Assoc, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 517028199 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 516814384 | | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 516814385 | | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517081156 | | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516814393 | | Gastroenterology Consultants, 205 May St Ste 201, Edison, NJ 08837-3267 |
| 518864668 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518864669 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |
| 516814394 | | Highland Park Medical Assocs, 579A Cranbury Rd Ste 102, East Brunswick, NJ 08816-5426 |
| 516814395 | + | L C Quality Dental, 2000 State Route 27, North Brunswick, NJ 08902-1384 |
| 519118011 | + | Legacy Mortgage Asset Trust 2020-GS4, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518585917 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585918 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 516814399 | | Scott Alvarez, 18 Garden Hills Dr, Somerset, NJ 08873-5337 |
| 516831717 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516814388 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 20:38:30 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516814386 | | Email/Text: bankruptcy@usecapital.com | Jul 14 2021 20:36:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 516814387 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 14 2021 20:38:30 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516814389 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2021 20:38:29 | Cardworks/CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516814391 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2021 20:36:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 516814392 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | | |
|---|---|---|---|
| | | Jul 14 2021 20:36:00 | Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516814390 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 14 2021 20:38:37 | Chase Bank, PO Box 183166, Columbus, OH 43218-3166 |
| 517057380 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 14 2021 20:38:38 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516939574 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2021 20:38:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516814396 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 14 2021 20:38:29 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516814397 | Email/PDF: bankruptcy@ncfsi.com | Jul 14 2021 20:38:29 | New Century Financial, 110 S Jefferson Rd Ste 104, Whippany, NJ 07981-1038 |
| 517087498 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2021 20:38:29 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517079879 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2021 20:38:29 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516814398 | Email/Text: bankruptcy@savit.com | Jul 14 2021 20:36:00 | Sa-Vit Collection Agen, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 516814400 | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:36 | Syncb/steinmart Pllc, PO Box 965005, Orlando, FL 32896-5005 |
| 516814402 | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:27 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 516814401 | Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:27 | Synchrony Bank, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516817498 | + Email/PDF: gecsedi@recoverycorp.com | Jul 14 2021 20:38:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516814403 | Email/Text: vci.bkcy@vwcredit.com | Jul 14 2021 20:36:00 | VW Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Luz Adriana Alvarez agorski@gorskiknowlton.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB LOAN TRUST IV bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Bank of America N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 hkaplan@rasnj.com informationathnk@aol.com |
| James Patrick Shay | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION shay@bbs-law.com, jpshay@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com |
| Sindi Mncina | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12