**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luz Adriana Alvarez | Social Security number or ITIN   xxx–xx–0645 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 | | Social Security number or ITIN   ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–19450–MBK | |

# Order of Discharge                                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Luz Adriana Alvarez

<u>8/5/22</u>                                                                                     **By the court:** <u>Michael B. Kaplan</u>
                                                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Luz Adriana Alvarez  
    Debtor

Case No. 17-19450-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Aug 05, 2022      Form ID: 3180W      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Luz Adriana Alvarez, 18 Garden Hills Dr, Somerset, NJ 08873-5337 |
| cr | + JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + VW Credit Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 516814383 | Bank of America, Attn: Milstead & Assoc, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 516814393 | Gastroenterology Consultants, 205 May St Ste 201, Edison, NJ 08837-3267 |
| 516814394 | Highland Park Medical Assocs, 579A Cranbury Rd Ste 102, East Brunswick, NJ 08816-5426 |
| 516814395 | + L C Quality Dental, 2000 State Route 27, North Brunswick, NJ 08902-1384 |
| 516814399 | Scott Alvarez, 18 Garden Hills Dr, Somerset, NJ 08873-5337 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: RASEBN@raslg.com | Aug 05 2022 20:33:00 | Legacy Mortgage Asset Trust 2020-GS4, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517028199 | EDI: BANKAMER.COM | Aug 06 2022 00:28:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 516814385 | EDI: TSYS2 | Aug 06 2022 00:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516814384 | EDI: TSYS2 | Aug 06 2022 00:28:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517081156 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2022 20:31:31 | CACH, LLC its successors and assigns as assignee, of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516814388 | EDI: CAPITALONE.COM | Aug 06 2022 00:28:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516814386 | Email/Text: bankruptcy@usecapital.com | Aug 05 2022 20:34:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 516814387 | EDI: CAPITALONE.COM | Aug 06 2022 00:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516814389 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 05 2022 20:31:24 | Cardworks/CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516814391 | EDI: WFNNB.COM | Aug 06 2022 00:28:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, |

Case 17-19450-MBK  Doc 95  Filed 08/07/22  Entered 08/08/22 00:14:29  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: 3180W | Total Noticed: 40 |

| Recipient # | Notice Type | Date/Time | Address |
|---|---|---|---|
| 516814392 | EDI: WFNNB.COM | Aug 06 2022 00:28:00 | PO Box 182125, Columbus, OH 43218-2125 Comenity Bank/Lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 518864668 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 05 2022 20:34:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518864669 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 05 2022 20:34:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing, |
| 516814390 | EDI: JPMORGANCHASE | Aug 06 2022 00:28:00 | Chase Bank, PO Box 183166, Columbus, OH 43218-3166 |
| 517057380 | EDI: JPMORGANCHASE | Aug 06 2022 00:28:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 519118011 | + Email/Text: RASEBN@raslg.com | Aug 05 2022 20:33:00 | Legacy Mortgage Asset Trust 2020-GS4, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518585918 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 05 2022 20:34:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518585917 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 05 2022 20:34:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 516939574 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 05 2022 20:31:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516814396 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 05 2022 20:31:39 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 516814397 | Email/PDF: bankruptcy@ncfsi.com | Aug 05 2022 20:31:54 | New Century Financial, 110 S Jefferson Rd Ste 104, Whippany, NJ 07981-1038 |
| 517087498 | EDI: PRA.COM | Aug 06 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517079879 | EDI: PRA.COM | Aug 06 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516814398 | Email/Text: bankruptcy@savit.com | Aug 05 2022 20:34:00 | Sa-Vit Collection Agen, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 516814400 | EDI: RMSC.COM | Aug 06 2022 00:28:00 | Syncb/steinmart Pllc, PO Box 965005, Orlando, FL 32896-5005 |
| 516814402 | EDI: RMSC.COM | Aug 06 2022 00:28:00 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 516814401 | EDI: RMSC.COM | Aug 06 2022 00:28:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-5060 |
| 516817498 | + EDI: RMSC.COM | Aug 06 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516814403 | Email/Text: vci.bkcy@vwcredit.com | Aug 05 2022 20:33:00 | VW Credit Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 516831717 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 05 2022 20:33:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 32

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: 3180W | Total Noticed: 40 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519659797 | * | Luz Adriana Alvarez, 18 Garden Hills Dr, Somerset, NJ 08873-5337 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Allen I Gorski | on behalf of Debtor Luz Adriana Alvarez agorski@gorskiknowlton.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB LOAN TRUST IV nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Bank of America N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor VW Credit Inc. bk@stewartlegalgroup.com |
| Harold N. Kaplan | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 hkaplan@rasnj.com informationathnk@aol.com |
| James Patrick Shay | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION shay@bbs-law.com, jpshay@gmail.com |
| Nicholas V. Rogers | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for MEB LOAN TRUST IV bankruptcy@fskslaw.com |
| Shauna M Deluca | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14